

United States District Court
Eastern District of California

| Safe Alternatives for our Forest Environment, Klamath Forest Alliance, Conservation Congress |
|---|

Plaintiff(s)

Case Number: 2:23-cv-01940-DMC

V.

| Rachel Birkey, US Forest Service |
|---|

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Oliver Stiefel _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiffs

On October 15, 2013 _____ (date), I was admitted to practice and presently in good standing in the Oregon Supreme Court _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____
_____

Date: 9/11/2023         Signature of Applicant: /s/ Oliver Stiefel

**Pro Hac Vice Attorney**

Applicant's Name: _____
Law Firm Name: Crag Law Center
Address: 3141 E Burnside St

City: Portland   State: OR   Zip: 97214
Phone Number w/Area Code: 503 227 2212
City and State of Residence: Portland, OR
Primary E-mail Address: oliver@crag.org
Secondary E-mail Address: _____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: René P. Voss
Law Firm Name: Natural Resources Law
Address: 15 Alderney Rd

City: San Anselmo   State: CA   Zip: 94960
Phone Number w/Area Code: 415 446 9027   Bar #: 255758

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 16 Oct 2027

JUDGE, U.S. ~~DISTRICT COURT~~ Magistrate Judge