

# United States District Court
# Eastern District of California

| | |
|---|---|
| Safe Alternatives for our Forest Environment, Klamath Forest Alliance, Conservation Congress | Case Number: 2:23-cv-01940-DMC |
| Plaintiff(s) | |
| V. | |
| Rachel Birkey, US Forest Service | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Mike Sargetakis _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiffs

On ___October 5, 2017___ (date), I was admitted to practice and presently in good standing in the ___Oregon Supreme Court___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 9/11/2023       Signature of Applicant: /s/ Mike Sargetakis

**Pro Hac Vice Attorney**

Applicant's Name: Mike Sargetakis

Law Firm Name: Crag Law Center

Address: 3141 E Burnside St

City: Portland  State: OR  Zip: 97214

Phone Number w/Area Code: 503 233 8044

City and State of Residence: Portland, OR

Primary E-mail Address: mike@crag.org

Secondary E-mail Address: mike@sargetakis.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: René P. Voss

Law Firm Name: Natural Resources Law

Address: 15 Alderney Rd

City: San Anselmo  State: CA  Zip: 94960

Phone Number w/Area Code: 415 446 9027  Bar #: 255758

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 16 OCT 2023

_____
JUDGE, U.S. DISTRICT COURT
Magistrate Judge