René P. Voss (CA Bar No. 255758)
Natural Resources Law
15 Alderney Road
San Anselmo, CA  94960
(415) 446-9027 ⏐ renepvoss@gmail.com
LOCAL COUNSEL

Mike Sargetakis (OR Bar No. 174607)
(503) 233-8044 ⏐ mike@crag.org
Oliver J. H. Stiefel (OR Bar No. 135436)
(503) 227-2212 ⏐ oliver@crag.org
Crag Law Center
3141 E Burnside St,
Portland, OR 97214
LEAD COUNSEL
*Pro Hac Vice*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAFE ALTERNATIVES FOR OUR FOREST ENVIRONMENT**, a California non-profit corporation; **KLAMATH FOREST ALLIANCE**, a California non-profit corporation; and **CONSERVATION CONGRESS**, a California non-profit corporation.<br><br>          Plaintiffs,<br><br>                    v.<br><br>**RACHEL BIRKEY**, in her official capacity as Forest Supervisor of the Shasta-Trinity National Forest; and the **UNITED STATES FOREST SERVICE**,<br><br>          Defendant. | No.  2:23-cv-01940-DJC-DMC<br><br>**PLAINTIFFS' CROSS-MOTION TO STRIKE DEFENDANTS DECLARATION IN SUPPORT OF DEFENDANTS' OPPOSITION AND CROSS MOTION FOR SUMMARY JUDGMENT[DKT 25-2]**<br><br>Hearing Date:  May 9, 2024<br>Hearing Time:  1:30 p.m,<br>Courtroom 10, 13th Floor<br>Before the Hon. Daniel J. Calabretta |

//

//

CASE NO. 2:23-CV-01940-DJC-DMC
PLAINTIFFS' MOTION TO STRIKE –Page 1

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. (503) 227-2212*

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2            PLEASE TAKE NOTICE THAT on May 9, 2024, at 1:30 p.m. in Courtroom 10 of the

3   Robert T. Matsui Federal Courthouse, 501 I Street, 13th Floor, Sacramento California, Plaintiffs

4   Safe Alternatives for our Forest Environment, Klamath Forest Alliance, and Conservation

5   Congress will, and hereby do, move this Court to strike Defendants' Declaration of Keli

6   McElroy, offered in support of its Opposition and Cross-Motion for Summary Judgment (Dkt

7   25-2) on the grounds that it improperly supplements the Administrative Record in the above-

8   captioned case. Defendants did not invoke any exception to the normal APA "record review"

9   rule, or otherwise explain why a declaration offered only to support the merits of their argument

10  with materials otherwise prohibited from such use would be appropriate. This Court should strike

11  the Declaration of Keli McElroy, as well as any portion of Defendants' briefing that relies upon

12  that information to establish its basis in fact. *See* Defendants' Memorandum of Points and

13  Authorities in Support of Cross Motion for Summary Judgment and Opposition to Plaintiffs'

14  Motion for Summary Judgment. Dkt 25-1 at 6, 8, 12, 16.

15           Pursuant to LR 271, the undersigned certifies that Plaintiff made a good faith effort to

16  resolve the dispute, but the parties were unable to agree.

17  Respectfully submitted this 22nd Day of March, 2024.

18           s/ Mike Sargetakis
             Mike Sargetakis (OSB No. 174607, *pro hac vice*)
19           (503) 233-8044 │ mike@crag.org
             Oliver J. H. Stiefel (OSB No. 135436, *pro hac vice*)
20           (503) 227-2212 │ oliver@crag.org
             Crag Law Center
21           3141 E Burnside Street
             Portland, Oregon 97214
22           Fax: (503) 296-5454
             LEAD COUNSEL
23
24           *Of Attorneys for Plaintiffs*

25

26

27

28

CASE NO. 2:23-CV-01940-DJC-DMC
PLAINTIFFS' MOTION TO STRIKE –Page 1