UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SAFE ALTERNATIVES FOR OUR FOREST ENVIRONMENT**, a California non-profit corporation; **KLAMATH FOREST ALLIANCE**, a California non-profit corporation; and **CONSERVATION CONGRESS**, a California non-profit corporation.

      Plaintiffs,

      v.

**RACHEL BIRKEY**, in her official capacity as Forest Supervisor of the Shasta-Trinity National Forest; and the **UNITED STATES FOREST SERVICE**,

      Defendant.

No.  2:23-cv-01940-DJC-DMC

**ORDER APPROVING SETTLEMENT AGREEMENT, RELEASE AND STIPULATION OF DISMISSAL**

      Plaintiffs and Defendants have  reached a settlement in the above-captioned matter and filed a Settlement Agreement, Release and Stipulation of Dismissal (Settlement Agreement). Having reviewed and considered the Settlement Agreement and good cause appearing, the Court concludes that entering an Order of Dismissal, consistent with Paragraphs 6 and 15 is appropriate.

///

///

Accordingly,

IT IS ORDERED that the parties' Settlement Agreement is approved and is hereby incorporated into this Order;

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce the Settlement Agreement, *see Kokkoen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994); and,

IT IS FURTHER ORDERED that this action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).


IT IS SO ORDERED.


Dated:  November 14, 2024                    /s/ Daniel J. Calabretta
                                             THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE